**GREYHOUND CORPORATION, Plaintiff-Appellee, v. COLEMAN, Defendant-Appellant.**

Ohio Appeals, Second District, Franklin County.

No. 4551.  Decided February 19, 1951.

Knepper, White & Dempsey, Columbus, for appellee.
Russ Bothwell, John H. Baker, Columbus, for appellant.

## OPINION

By THE COURT.

This is a motion to dismiss the appeal for the reason that the Court has no jurisdiction of the subject of the appeal.

The record reveals that the order appealed from is one overruling a demurrer to the petition. Ths is not a final order from which an appeal may be prosecuted. **National Guarantee & Finance Co. v. Russell, 25 Abs 483; Kelly v. Kelly, 74 Oh Ap 225.** The appellant cites the case of **Spencer v. Miller, 52 Abs 347,** but in this case the demurrer was sustained and the action dismissed. **The appeal was from the order**

dismissing the action and not from the ruling on the demurrer. The motion to dismiss will be sustained.

HORNBECK, PJ, WISEMAN and MILLER, JJ, concur.